**Derian Douglas HICKMAN, Appellant**

v.

**Henry H. KENNEDY, Judge, or employed Judge employee USDC Washington, DC, et al., Appellees.**

No. 10–5151.

United States Court of Appeals, District of Columbia Circuit.

Sept. 3, 2010.

Rehearing En Banc Denied Feb. 2, 2011.

Derian Douglas Hickman, Saint Elizabeth Hospital, Washington, DC, pro se.

R. Craig Lawrence, U.S. Attorney's Office, Washington, DC, for Appellees.

BEFORE: SENTELLE, Chief Judge, and HENDERSON and TATEL, Circuit Judges.

### *JUDGMENT*

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed April 21, 2010, be affirmed, as the court properly dismissed appellant's complaint as frivolous. *See, e.g., Neitzke v. Williams,* 490 U.S. 319, 325, 109 S.Ct. 1827, 104 L.Ed.2d 338 (1989).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.